**Opinion issued May 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-15-00216-CR**
**NO. 01-15-00217-CR**

———————————

**IN RE BRANDON JAY CARTER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Brandon Jay Carter, has filed a petition for (1) a writ of mandamus challenging an order substituting his appointed trial counsel, and (2) a writ of prohibition preventing the trial court from holding hearings or proceeding to trial in the underlying case.[1] We **deny** the petition.

---

[1] The underlying case is *State of Texas v. Brandon Jay Carter*, cause number 12-DCR-061186, pending in the 240th District Court of Fort Bend County, Texas, the Honorable Thomas R. Culver, III presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).